# Order

**Michigan Supreme Court**
**Lansing, Michigan**

February 26, 2010

140183 & (18)

Marilyn Kelly,
Chief Justice

Michael F. Cavanagh
Elizabeth A. Weaver
Maura D. Corrigan
Robert P. Young, Jr.
Stephen J. Markman
Diane M. Hathaway,
Justices

TIMOTHY L. TRAMMEL,
       Plaintiff-Appellee,

v

CONSUMERS ENERGY COMPANY,
       Defendant-Appellant.

SC: 140183
COA: 292912
WCAC: 2008-000226

_____/

      On order of the Court, the motion for leave to file a brief amicus curiae is GRANTED. The application for leave to appeal the November 2, 2009 order of the Court of Appeals is considered, and it is DENIED, because we are not persuaded that the question presented should be reviewed by this Court.



I, Corbin R. Davis, Clerk of the Michigan Supreme Court, certify that the foregoing is a true and complete copy of the order entered at the direction of the Court.

February 26, 2010

_____
Clerk

0222